IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BOBBY LEE ROBERTSON**  **PLAINTIFF**
**ADC #121746**

v.    Case No. 4:23-cv-00494-KGB-PSH

**DONNA DAVIS,** *et al.*  **DEFENDANTS**

## ORDER

Before the Court are the Proposed Findings and Partial Recommendation ("Partial Recommendation") and Proposed Findings and Recommendation ("Recommendation") submitted by United States Magistrate Judge Patricia S. Harris (Dkt. Nos. 5; 23). The parties have not filed a response to the Recommendation, and the time for doing so has passed. Accordingly, after careful consideration, the Court concludes that the Recommendation should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (Dkt. No. 23). Plaintiff Bobby Lee Robertson's complaint is dismissed without prejudice (Dkt. No. 2). The Court declines to adopt as moot the Partial Recommendation (Dkt. No. 5). The Court certifies that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So ordered, this 27th day of January, 2026.

Kristine G. Baker
Chief United States District Judge