IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BOBBY LEE ROBERTSON**                                                                                   **PLAINTIFF**
**ADC #121746**

v.                              Case No. 4:23-cv-00494-KGB-PSH

**DONNA DAVIS,** *et al.*                                                                                    **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Bobby Lee Robertson's complaint is dismissed without prejudice (Dkt. No. 2). The relief sought is denied. The Court certifies that an *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So adjudged this 27th day of January, 2026.

                                          Kristine G. Baker
                                          Chief United States District Judge